JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA KAMBEITZ, ) | Case No. EDCV 14-1676-KK |
| Plaintiff, ) | |
| v. ) | JUDGMENT |
| CAROLYN W. COLVIN, Acting ) Commissioner of Social Security, ) | |
| Defendant. ) | |

Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and this action is REMANDED for further administrative proceedings.

Dated: August 10, 2015

_____
HON. KENLY KIYA KATO
United States Magistrate Judge